Caroline J. Berdzik, Esq. (Bar No.:015561999)
**GOLDBERG SEGALLA LLP**
Mailing address: PO Box 580, Buffalo, NY 14201
301 Carnegie Center, Suite 200
Princeton, NJ 08540
609.986.1300
609.986.1301 (Facsimile)
*Attorney for Defendants*
*Prevent Child Abuse-New Jersey Chapter, Inc., Kelly McGlasson and Kim Haigh*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| Robin Happonen,<br><br>Plaintiff,<br><br>vs.<br><br>Prevent Child Abuse-New Jersey Chapter, Inc., et al.,<br><br>Defendants. | Civil Action No. 26-cv-09137-RK-JTQ<br><br>**NOTICE OF APPEARANCE OF CAROLINE J. BERDZIK, ESQUIRE** |

**PLEASE TAKE NOTICE** that Caroline J. Berdzik, Esquire, hereby enters an appearance as counsel of record on behalf of Defendants, Prevent Child Abuse-New Jersey Chapter, Inc., Kelly McGlasson and Kim Haigh, in this action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon Caroline J. Berdzik, Esquire (cberdzik@goldbergsegalla.com).

**GOLDBERG SEGALLA LLP**
*Attorneys for Defendants*
*Prevent Child Abuse-New Jersey Chapter, Inc., Kelly McGlasson and Kim Haigh*

By: /s/ Caroline J. Berdzik
Caroline J. Berdzik, Esq.

Dated: August 20, 2026